**Order entered September 17, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00483-CV

## 152 LAKEWEST COMMUNITY, LP AND SUPREME DEVELOPMENT CORPORATION, Appellants

## V.

## AMERISTAR APARTMENT SERVICES, L.P. D/B/A AMERISTAR SCREEN & GLASS, Appellee

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-15636**

## ORDER

Before the Court is appellee's September 15, 2020 second motion to extend time to file its brief. We **GRANT** the motion and **ORDER** the brief be filed no later than October 26, 2020.

/s/     ERIN A. NOWELL
         JUSTICE